# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2597
_____

Stephanie A. Martin

*Plaintiff - Appellant*

v.

Patrick R. Donahoe, Postmaster General, US Postal Service; Mailhandler Union,
Local 297

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: April 19, 2013
Filed: April 22, 2013
[Unpublished]
_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.
_____

PER CURIAM.

Stephanie Martin appeals the district court's[1] adverse grant of summary judgment in her pro se Title VII employment-discrimination action. Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir. 2011), this court finds no basis for reversal and concludes that the district court did not abuse its discretion in denying Martin's motions for appointment of counsel. *See Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006) (district court's denial of appointed counsel will be reversed only if it constitutes abuse of discretion). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

––––––––––––––––––––––––––––––

[1]The Honorable Fernando J. Gaitan, Chief Judge, United States District Court for the Western District of Missouri.